CA NO. 25-7261

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | DC NO. 5:25-cr-00310-KK-1 |
| Plaintiff-Appellant, | |
| v. | |
| JOSEPH BLANDON-SAAVEDRA, | |
| Defendant-Appellee. | |

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S ANSWERING BRIEF**

---

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

HONORABLE KENLY KIYA KATO
United States District Judge

CUAUHTEMOC ORTEGA
Federal Public Defender
SONAM HENDERSON
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081
Email: Sonam_Henderson@fd.org

Attorneys for Defendant-Appellee

CA NO. 25-7261

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | DC NO. 5:25-cr-00310-KK-1 |
| Plaintiff-Appellant, | |
| v. | |
| JOSEPH BLANDON-SAAVEDRA, | |
| Defendant-Appellee. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S ANSWERING BRIEF**

Appellee Joseph Blandon-Saavedra respectfully requests a 75-day extension of time, to and including Monday, July 27, 2026, to file his answering brief. This request is made under Rule 31 of the Federal Rules of Appellate Procedure and Circuit Rule 31-2.2(b), and is based on the attached declaration of counsel.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 4, 2026            By  */s/ Sonam Henderson*
SONAM HENDERSON
Deputy Federal Public Defender
Attorney for Defendant-Appellee

1

## DECLARATION OF SONAM HENDERSON

I, Sonam Henderson, hereby declare:

I am a Deputy Federal Public Defender in the Central District of California, and am responsible for the preparation of the briefing for appellee Joseph Blandon-Saavedra. I request a 75-day extension of time to file his answering brief. The current deadline for filing the brief is Monday, May 11, 2026, and with the requested extension, the brief would be due Monday, July 27, 2026.[1] This is my first request for an extension (I have not requested a streamlined extension) and I fully intend for it to be my only request.

All transcripts have been prepared, and no reporter is in default.

This appeal arises from the government's prosecution of Mr. Blandon-Saavedra on two counts of assaulting, resisting, or impeding a federal officer using a dangerous or deadly weapon under 18 U.S.C. § 111(a)(1), (b). The prosecution stems from September 4, 2025, auto collision(s) allegedly involving Mr. Blandon-Saavedra and federal immigration enforcement officers. The district court dismissed one of the two counts on November 14, 2025, on a finding that the government had destroyed potentially useful evidence in bad faith. This interlocutory government appeal followed from that dismissal. The government

---

[1] The 75th day from the current deadline is Saturday, July 25, 2026, so the brief would be due on the following Monday under Fed. R. App. P. 26(a)(1)(C).

2

filed its opening brief on April 10, 2026, after requesting and receiving one 60-day extension.

Mr. Blandon-Saavedra was released on bond by the district court at his initial hearing. The government subsequently placed him in immigration detention, where he remains.

Even with the exercise of diligence, I will not be able to file the opening brief by the current deadline. I was assigned this case on April 14, 2026, because the previously assigned attorney is out on extended family leave. On April 20, 2026, I was unexpectedly asked to take over as Acting Chief of Writs and Appeals for my office because our regular Chief had to take an extended medical leave.

My new role involves substantial supervisory and administrative responsibilities within my own office and additionally makes me the Acting Administrator of the CJA Appellate Panel and Appointing Authority for the Central District of California. I have spent much of the last two weeks in trainings, meetings, and working on my new responsibilities, and have found little time for my own casework. I anticipate that things will calm down as time goes on, but that I will nonetheless be spending significant time on my new role, including, for instance, being out of town on work-related travel from May 26-May 29, 2026. Moreover, because the unit is currently shortstaffed due to the medical and family leaves for two of our most experienced and accomplished attorneys, I do not anticipate being able to reassign any of my existing casework.

3

The extension is also necessitated by my responsibilities in this and other cases. In terms of this case, I was not involved in this case before now, and to properly respond to the government's opening brief, I will need to familiarize myself with the record and the government's brief, and research the appropriate caselaw. In terms of other cases, I have near-term upcoming deadlines in *United States v. Lorenzo Ignacio Lopez*, CA No. 25-5993 (opening brief currently due May 6, 2026); *United States v. Terrance Green,* CA No. 25-5509 (opening brief due June 2, 2026); and *United States v. Mares*, CA No. 25-3295 (reply brief subject to a pending request for an extension to July 3, 2026). Additionally, on June 9, 2026, I have a brief due to the California Supreme Court in *United States v. Soto*, CSC No. S294703, CA No. 23-4072, a case in which this Court certified a state law question to the California Supreme Court.

The requested time will allow me to undertake the work necessary to complete the briefing in this case while also fulfilling my other case, administrative, and supervisory responsibilities. I have been and will continue to be diligent in this case, and I fully expect to file the brief on or before the requested date.

//

//

//

I have consulted by telephone with Assistant United States Attorney Rajesh Srinivasan, counsel for the government in this case. He has informed me that the government has no objection to this request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 4, 2026, in Los Angeles, California.

By  /s/ Sonam Henderson
SONAM HENDERSON
Deputy Federal Public Defender