**IN THE**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellant,<br>v.<br>JOSEPH BLANDON-SAAVEDRA,<br>Defendant-Appellee. | C.A. No. 25-7261<br>D.C. No. CR 25-310-KK<br>(Central Dist. Cal.)<br><br>**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF; DECLARATION OF RAJESH R. SRINIVASAN** |

Plaintiff-appellant United States of America, by and through its counsel of record, hereby moves this Court for an extension of the time within which the government must file its reply brief in the above-captioned matter. The government's reply brief is currently due November 30, 2026. The government requests a 14-day extension of time to and including December 14, 2026. Defendant does not oppose this request.

The motion is made pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Ninth Circuit Rule 31-2.2(b) and is based on

the files and records in this case and the attached declaration of Rajesh R. Srinivasan. No court reporter is in default with regard to any designated transcript.

DATED: November 23, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney & Chief, Criminal Division

s/ *Rajesh R. Srinivasan*

RAJESH R. SRINIVASAN
Assistant United States Attorney
Criminal Appeals Section

Attorneys for Plaintiff-Appellant
UNITED STATES OF AMERICA

**DECLARATION OF RAJESH R. SRINIVASAN**

I, Rajesh R. Srinivasan, hereby declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California and a member of my office's Criminal Appeals Section. I am responsible for preparing the government's reply brief in *United States v. Blandon-Saavedra*, C.A. No. 25-7261.

2. Defendant Joseph Blandon-Saavedra was indicted on two counts of assaulting, resisting, or impeding a federal officer using a dangerous or deadly weapon in violation of 18 U.S.C. § 111(a)(1), (b). (CR 14.)[*] Defendant was released on bond pending trial on these charges. (CR 16, Decl. of Courtney N. Williams ¶¶ 2-3.) He was previously detained by immigration authorities based on an immigration detainer (*id.*), but according to defendant, he has been released from immigration custody and is on immigration bond in the community (DE 20 at 2-3).

[*] "CR" refers to the Clerk's Record in the district court and is followed by the docket number.

3. The government's opening brief was initially due February 9, 2026. (DE 2.) The government filed a motion for a 60-day extension of time (DE 6), which defendant opposed (DE 8). The Court granted that motion, and the government filed its opening brief on April 10, 2026. (DE 12.)

4. Defendant's answering brief was subsequently due May 11, 2026. (DE 10.) Defendant then filed for and received two extensions of time, which amounted to 107 days and which the government did not oppose. (DE 16-17, 20-21.) Defendant filed his answering brief on August 26, 2026. (DE 22.)

5. The government's reply brief is currently due November 30, 2026. The government has previously sought and received three extensions of time to file its reply brief. (DE 25-26, 27, 29, 30-31.)

6. Although I have exercised diligence with respect to this appeal and will continue to do so, I do not anticipate being able to complete the reply brief by its current due date and anticipate needing an additional 14 days to do so for the following reasons: I have a full slate of other appellate work that will require my attention. These matters include filing a brief on a question certified by this Court to the

California Supreme Court in *United States v. Soto* and *United States v. Reid*, C.A. Nos. 23-4072 & 24-3903, currently due December 16, 2026; filing an answering brief in *United States v. Rhew et al.*, C.A. Nos. 25-6569, 25-6572, 25-6579, currently due December 9, 2026; and filing an answering brief in *United States v. Palma*, C.A. No. 25-5070, currently due December 8, 2026. I am also the Criminal Appeals AUSA assigned to review the government's answering brief in *Judgment Creditor Plaintiffs v. United States*, C.A. No. 26-3559, currently due November 30, 2026. All these matters have required and will continue to require a significant amount of time and attention.

7. Accordingly, I do not believe there is sufficient time for the government to complete the reply brief by the current deadline.

8. On November 23, 2026, I emailed defense counsel, Deputy Federal Public Defender Aviel Menter, regarding this requested extension. Counsel represented that he does not oppose.

9. No court reporter is in default with regard to any designated transcript.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 23rd day of November 2026.

s/ *Rajesh R. Srinivasan*

RAJESH R. SRINIVASAN
Assistant United States Attorney